UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THOMAS DESTEPH, <br><br> Plaintiff, <br><br> v. <br><br> SECURITY BENEFIT LIFE INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 1:19-cv-01164-JL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME, Thomas DeSteph and Security Benefit Life Insurance Company, by and through their attorneys and hereby jointly stipulate and agree to the dismissal with prejudice of all claims, counterclaims, and defenses currently pending in the above-captioned action. Each party shall bear its own costs and attorneys' fees.

                                                Respectfully submitted,

                                                **Thomas DeSteph**

Dated: November 19, 2021           /s/ Thomas DeSteph
                                                  Thomas DeSteph, *pro se*
                                                  1 Dustin Lane
                                                  Jaffrey, NH 03452
                                                  860-268-1460

                                                **Security Benefit Life Insurance Company**
                                                **By Its Attorneys,**
                                                **Primmer, Piper Eggleston & Cramer, PC**

Dated: November 19, 2021           /s/ Gary M. Burt
                                                  Gary M. Burt, #5510
                                                 900 Elm Street, 19th Floor
                                                 Manchester, NH 03101
                                                 603-626-3310