```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Thomas DeSteph

    v.

                                        Case No. 19-cv-1164-JL

Guggenheim Partners, LLC, et al.

## JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by Chief Judge Landya B. McCafferty, dated April 14, 2020, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone, dated March 4, 2020,

2. Order by Judge Joseph N. Laplante, dated December 11, 2020, and

3. Stipulation to dismiss without prejudice filed on December 1, 2021.

                                              By the Court:

                                              /s/ Daniel J. Lynch
                                              Daniel J. Lynch
                                              Clerk of Court

Date: December 2, 2021

cc:   Thomas DeSteph, pro se
       Wilbur A. Glahn, III, Esq.
       Benjamin B. Folsom, Esq.